IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Lisa Birge, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:07cv369 |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Assoc.,LLC | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

THIS MATTER came before the Court this 15th day of November, 2007, upon the

Stipulation of the parties, pursuant to Fed.R.Civ.P. 41 that this matter has been settled and the

Complaint shall be dismissed with prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should

be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is

dismissed with prejudice pursuant to Fed.R.Civ.P. 41, with each party to pay its own fees and

costs except to the extent, if any provided for in the parties' settlement agreement.

Dated:  November 15, 2007


**s/ Joseph F. Bataillon**
United States District Court Judge

1